IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ANTHONY D. FORSTER )
)
v. ) NO. 3-11-0109
) JUDGE CAMPBELL
DERRICK SCHOFIELD, et al. )

ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge (Docket No. 95), Plaintiff's Objections thereto (Docket No.101), and Defendant Andrews' Response to Plaintiff's Objections (Docket No. 105).

Pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b)(3) and Local Rule 72.03(b)(3), the Court has reviewed *de novo* the Report and Recommendation, the Objections and Response, and the file. The Objections of the Plaintiff are overruled, and the Report and Recommendation is adopted and approved.

Accordingly, Plaintiff's Emergency Application for Preliminary Injunction and Temporary Restraining Order (Docket No. 4) is DENIED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE