IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


ANTHONY D. FORSTER                )
                                  )
v.                                ) NO. 3-11-0109
                                  ) JUDGE CAMPBELL
DERRICK SCHOFIELD, et al.         )


ORDER


        Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket

No. 109), to which no Objections have been timely filed.

        The Court has reviewed the Report and Recommendation and the file.  The Report and

Recommendation is adopted and approved.

        Accordingly, the Motion for Summary Judgment (Docket No. 84) filed on behalf of

Defendants Andrews and Correctional Medical Services ("CMS") is GRANTED, and Plaintiff's

claims against Defendants Andrews and CMS are DISMISSED.

        IT IS SO ORDERED.


                                            _____
                                            TODD J. CAMPBELL
                                            UNITED STATES DISTRICT JUDGE