IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ANTHONY D. FORSTER )
 )
v. ) NO. 3-11-0109
 ) JUDGE CAMPBELL
DERRICK SCHOFIELD, et al. )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 133), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, the Motion for Summary Judgment filed by Defendants Schofield and Colson (Docket No. 111) is GRANTED, and Plaintiff's claims against these two Defendants are DISMISSED. All Defendants in this matter having been dismissed as parties, the Clerk is directed to close the file.

Any other pending Motions are denied as moot. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE

1